UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| SECUNDINO CASTANEDA | CIVIL ACTION |
| versus | NO. 10-1231 |
| JAMES LEBLANC, SECRETARY OF DOC, ET AL. | SECTION: "I" (3) |

**O R D E R**

The Court, having considered the petition, the record, the applicable law and the Report and Recommendation of the United States Magistrate Judge, and the objection by petitioner, Secundino Castaneda, which is hereby **OVERRULED**, approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its own opinion. Accordingly,

**IT IS ORDERED** that respondent's motion for summary judgment, Rec. Doc. 8, is **GRANTED**.

**IT IS FURTHER ORDERED** that the federal petition of **Secundino Castaneda** for *habeas corpus* relief is **DISMISSED WITHOUT PREJUDICE**.

New Orleans, Louisiana, this 16th day of August, 2010.

LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE